IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM L. EVANS,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner, Social Security,

    Defendant.

No. C 00-00198 JSW

**ORDER OF REASSIGNMENT**

Following review of the case file in the above-captioned matter, IT IS HEREBY ORDERED that this case shall be reassigned to randomly selected district court judge.

**IT IS SO ORDERED.**

Dated: September 2, 2011



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE