**United States District Court**
For the Northern District of California

1
2
3
4
5
6    IN THE UNITED STATES DISTRICT COURT
7
8    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9  WILLIAM L. EVANS,
10        Plaintiff,                           No. C 00-00198 JSW
11   v.
12  MICHAEL J. ASTRUE, Commissioner, Social    **ORDER OF REASSIGNMENT**
    Security,
13
          Defendant.
14  _____/
15
    Following review of the case file in the above-captioned matter, IT IS HEREBY
16
    ORDERED that this case shall be reassigned to randomly selected district court judge.
17
    **IT IS SO ORDERED.**
18
19
    Dated: September 2, 2011                   
20                                             JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE
21
22
23
24
25
26
27
28